### A09A1448. ROBERTS v. POINTER et al.
(710 SE2d 594)

SMITH, Presiding Judge.

In *Pointer v. Roberts*, 288 Ga. 150 (702 SE2d 130) (2010), the Supreme Court reversed the judgment of this court in *Roberts v. Pointer*, 301 Ga. App. 531 (687 SE2d 848) (2009). We therefore vacate our earlier opinion and adopt the judgment of the Supreme Court as the opinion of this court.

*Judgment affirmed. Phipps, P. J., and Dillard, J., concur.*

DECIDED APRIL 20, 2011.

*Carlock, Copeland & Stair, Frederick M. Valz III, Erica L. Parsons, Cruser & Mitchell, Raymond R. Grant II*, for appellant.
*Kam, Ebersbach & Lewis, Randy J. Ebersbach*, for appellees.